**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-00420-REB

FRANKLIN KEMP,

     Applicant,

v.

BRIGHAM SLOAM, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## ORDER

**Blackburn, J.**

     The applicant initiated this action on February 18, 2011, by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He paid the $5.00 filing fee.  Inadvertently, the Clerk's Office assigned this case to me.  Under D.C.COLO.LCivR 8.2C., all prisoner actions are assigned initially to the *pro se* division of the court for initial review under the direction of Magistrate Judge Boyd N. Boland.  If the action is not dismissed summarily in that review process, then the case is assigned to a district judge and to a magistrate judge in accordance with D.C.COLO.LCivR 40.1.  *See* D.C.COLO.LCivR 8.2D.  Under these local rules, this case must be assigned initially to the *pro se* division of the court for initial review.

**THEREFORE, IT IS ORDERED** that this action is re-assigned to the pro se division of the court for initial review as required by D.C.COLO.LCivR 8.2.C.

Dated February 24, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            *s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge